# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DEMITRI MONTEL PETTY**                                    **PLAINTIFF**

**v.**                          **No. 4:19-cv-395-DPM-BD**

**RUSTY PAGE, Sergeant, Faulkner County
Sheriff Office; and COLE MARCUM,
Officer, Faulkner County Sheriff Office**          **DEFENDANTS**

### ORDER

On *de novo* review, the Court adopts Magistrate Judge Deere's partial recommendation, № 4, and overrules Petty's objections, № 7. FED. R. CIV. P. 72(b)(3). Petty says that Page and Marcum abused a County policy when they allegedly violated his rights. But he hasn't alleged that the policy itself was unconstitutional or that it was the "moving force" behind his injury. *Burlison v. Springfield Public Schools*, 708 F.3d 1034, 1041 (8th Cir. 2013). Petty's official-capacity claims therefore fail and are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
_____
D.P. Marshall Jr.
United States District Judge

*2 July 2019*