## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DEMITRI MONTEL PETTY**                                                      **PLAINTIFF**

**V.**                              **CASE NO. 4:19-CV-395-BD**

**RUSTY PAGE and**
**COLE MARCUM**                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT

PREJUDICE.

IT IS SO ORDERED this 26th day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE